**Electronically Filed
Supreme Court
SCWC-20-0000044
26-NOV-2024
07:59 AM
Dkt. 13 ODAC**

SCWC-20-0000044

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

SUSAN H. KITSU,
Petitioner/Plaintiff-Appellant,

vs.

DEPARTMENT OF EDUCATION, STATE OF HAWAIʻI,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000044; CIVIL NOS. 1CC151001824 and 1CC161001076)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., and Circuit Judges DeWeese, Watanabe, Ashford, and
Drewyer, in place of McKenna, Eddins, Ginoza, and Devens, JJ., recused)

Petitioner/Plaintiff-Appellant Susan H. Kitsu's

Application for Writ of Certiorari, filed on October 14, 2024, is

hereby rejected.

DATED: Honolulu, Hawaiʻi, November 26, 2024.

/s/ Mark E. Recktenwald

/s/ Wendy M. DeWeese

/s/ Kathleen N.A. Watanabe

/s/ James H. Ashford

/s/ Michelle L. Drewyer